# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-06982 JAK (JCx) | Date | September 4, 2012 |
| Title | The CW Network, LLC v. Roberts Broadcasting Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING (1) ORDER TO SHOW CAUSE HEARING RE DEFENDANT'S FAILURE TO FILE A STATUS REPORT AND (2) STATUS CONFERENCE**

Defendant in this matter commenced bankruptcy proceedings following the initiation of this action. Consequently, this action is subject to an automatic stay. 11 U.S.C. § 362(a)(6). On October 27, 2011, the Court directed that, every 90 days, Defendant file with the Court a status report with respect to the bankruptcy proceedings. Dkt. 15. Through this information, this Court could determine what, if any, proceedings should be set in this matter, including a possible scheduling conference should the claims in this matter be ones that could be pursued outside of the bankruptcy proceedings or if such proceedings had concluded. On April 30, 2012, the Court granted the Motion of Defendants' counsel to be relieved as counsel in this matter. Dkt. 29. The Court did not, however, relieve Defendant of the continuing obligation to file the 90-day status reports with respect to the bankruptcy matter. The most recent 90-day report was to have been filed on or before July 23, 2012. Defendant did not file the required report. Consequently, the Court directs that Defendant file its report immediately. The Court sets an Order to Show Cause Hearing for September 24, 2012 at 1:30 p.m. as to why sanctions should not be imposed as a result of Defendant's failure to file its report. If Defendant complies with this Order by filing its 90-day report, the Court may decide to discharge the Order to Show Cause without a hearing. The Court further directs that, on or before September 14, 2012, Plaintiff's counsel file a report with respect to any actions undertaken by Plaintiff in connection with Defendant's bankruptcy proceedings. The Court sets a Status Conference in this matter for September 24, 2012 at 1:30 p.m. The Court may decide to take the Status Conference off calendar based on the contents of the reports filed by Plaintiff and Defendant.

The Court's Clerk shall serve this Order via email on Defendant's former counsel at Ropers Majeski Kohn & Bentley. Defendant's former counsel is ordered to give notice to Defendants of this Order and file a proof of service.

**IT IS SO ORDERED.**

cc:  Timothy L. Skelton, Esq. at tskelton@rmkb.com
     Kirsten A. Schmidt, Esq. at kschmidt@rmkb.com

| | : | |
|---|---|---|
| Initials of Preparer | ak | |