1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
9

| | |
|---|---|
| THE CW NETWORK, LLC, a Delaware limited liability company, | CASE NO. CV-11-06982 (JAK) (JCx) |
| Plaintiff, | [Hon. John A. Kronstadt] |
| v. | **ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** <mark>**JS-6**</mark> |
| ROBERTS BROADCASTING COMPANY, a Delaware corporation, et al., | Complaint served: August 26, 2011 |
| Defendants. | |

**Error! Unknown document property name.**

ORDER FOR DISMISSAL WITHOUT PREJUDICE

## ORDER

Pursuant to the Stipulation for Dismissal Without Prejudice, by the parties hereto, that the matter styled *The CW Network, LLC, a Delaware Limited Liability Company, v. Roberts Broadcasting Company, a Delaware Corporation, et al.* is dismissed without prejudice.

IT IS SO ORDERED:

Dated:  October 17, 2013.

By  _____
Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE